[No. 73746-5-I. Division One. June 6, 2016.]

*In the Matter of the Marriage of* KENNETH S. MORELLI, *Respondent*, and LILY MORELLI, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-3-00035-1, Deborra Garrett, J., entered May 28, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Spearman, JJ.

[No. 73892-5-I. Division One. June 6, 2016.]

*In the Matter of the Marriage of* JOHN WILKINS, *Respondent*, and ANDREA WILKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-05406-1, Chad Allred, J., entered July 15, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Dwyer and Spearman, JJ.

[No. 74843-2-I. Division One. June 6, 2016.]

U.S. BANK NATIONAL ASSOCIATION, *as Trustee, Appellant*, v. NORTH AMERICAN TITLE COMPANY ET AL., *Defendants*, CV JOINT VENTURES, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-07931-5, Ronald E. Culpepper, J., entered July 10, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 74848-3-I. Division One. June 6, 2016.]

SARAH JOHNSON, *as Personal Representative, Appellant*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-10008-1, Bryan E. Chushcoff, J., entered May 1, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Leach, JJ.